IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 13 C 7093 |
| vs. | ) ) | JUDGE ROBERT M. DOW, JR. |
| AREA ERECTORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE SHEILA FINNEGAN |
| Defendant. | ) ) | |

**AGREED MOTION
FOR ENTRY OF JUDGMENT**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* and Defendant, AREA ERECTORS, INC., by and through their attorneys, hereby move this Court for entry of an Agreed Judgment Order, a copy of which is attached as an Exhibit hereto.

Respectfully submitted,

/s/ Patrick N. Ryan
One of the Attorneys for the Plaintiffs
Baum, Sigman, Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL 60606
(312) 236-4316
pryan@baumsigman.com

/s/ Kevin J. Caplis
One of the Attorneys for the Defendant
Querrey & Harrow, Ltd.
175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604
(312) 540-7000
kcaplis@querrey.com

I:\MIDJ\Area Erectors\#24674\agreed mot. for entry jdgmt.06-05-14.pnr.kp.wpd

<u>**CERTIFICATE OF SERVICE**</u>

  The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 5th day of June 2014, he electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Kevin J. Caplis
    Querrey & Harrow, Ltd.
    175 W. Jackson Boulevard, Suite 1600
    Chicago, IL  60604
    kcaplis@querrey.com


            /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com
I:\MIDJ\Area Erectors\#24674\agreed mot. for entry jdgmt.06-05-14.pnr.kp.wpd